BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: Proven Networks, LLC<br>PATENT LITIGATION | MDL No. 2959 |

**DECLARATION OF PAUL A. KROEGER IN SUPPORT OF PLAINTIFF PROVEN NETWORKS, LLC'S OPPOSITION TO MOTION FOR TRANSFER ACTION PURSUANT TO 28 U.S.C. § 1407**

I, Paul A. Kroeger, declare as follows:

1. I am a member of the State Bar of California and a partner at the law firm of Russ, August & Kabat, counsel for Plaintiff Proven Networks, LLC in the above-captioned action. I have personal knowledge of the facts set forth in this declaration, and, if called upon to testify, could and would testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of an order entered in *Oyster Optics, LLC v. Cisco Systems, Inc.*, Case No. 2:16-cv-1301-JRG, on December 8, 2017.

3. Attached hereto as Exhibit B is a true and correct copy of an order entered in *Uniloc 2017 LLC v. Cisco Systems, Inc.*, Case No. 2:18-cv-00505-JRG, on September 16, 2019.

4. Attached hereto as Exhibit B is a true and correct copy of an order entered in *Net Navigation Systems, LLC v. Cisco Systems, Inc.*, Case No. 4:11-CV-660, on August 24, 2012.

5. Attached hereto as Exhibit D is a true and correct copy of an order entered in *Tivo Inc. v. Cisco Systems, Inc.*, Case No. 2:12-cv-311-JRG, on August 13, 2012.

6. Attached hereto as Exhibit E is a true and correct copy of an order entered in *SSL Services, LLC v. Cisco Systems, Inc.*, Case No. 2:15-cv-00433-JRG-RSP, on February 24, 2016.

7. Attached hereto as Exhibit F is a true and correct copy of search results from Defendant Cisco Systems, Inc.'s careers website, accessed on July 24, 2020.

1

8. Attached hereto as Exhibit G is a true and correct copy of a website entitled "Exclusive: How Alcatel-Lucent's Plano Office Is Operating Amid Acquisition," obtained from https://www.bizjournals.com/dallas/blog/techflash/2015/07/exclusive-how-alcatel-lucent-s-plano-office-is.html on July 24, 2020.

9. Attached hereto as Exhibit H is a true and correct copy of a document entitled "Federal Court Management Statistics—Comparison Within Circuit," obtained from https://www.uscourts.gov/statistics-reports/federal-court-management-statistics-march-2020 on July 24, 2020.

10. Attached hereto as Exhibit I is a true and correct copy of a document entitled "Global Networks and Data Centers Briefing" obtained from https://www.cisco.com/c/dam/global/ru_ua/training-events/events/metinvest/pdfs/ndcs_i_global_data_center_strategy_update_apr_2011.pdf on July 24, 2020.

11. Attached hereto as Exhibit J is a true and correct copy of a document entitled "Cisco Richardson TXDC1" obtained from https://baxtel.com/data-center/cisco-richardson-txdc1 on July 24, 2020.

12. Attached hereto as Exhibit K is the profile of Cisco employee Ed Davidson that I obtained from LinkedIn.com on July 24, 2020.

13. Attached hereto as Exhibit L is the profile of Cisco employee Kishan Ahuja that I obtained from LinkedIn.com on July 24, 2020.

14. Attached hereto as Exhibit M is the profile of Cisco employee Sai Arun Jumar Jujarampalli that I obtained from LinkedIn.com on July 24, 2020.

15. Attached hereto as Exhibit N is a true an correct copy of a text Order issued by Judge Alan D. Albright in the case *Realtime Adaptive Streaming, LLC v. Haivision Network Video, Inc*, Case No 6-19-00440 (TXWD) on November 20, 2019.

16. Attached hereto as Exhibit O is true and correct copy of a document entitled "Alacatel Lucent regional breaks ground" obtained from http://www.planotexas.org/557/Alcatel-Lucent-regional-HQ-breaks-ground on August 11, 2020.

17. Attached hereto as Exhibit P is true and correct copy of a document entitled "Cawley Partners starts Alecatel-Lucent's new regional headquarters in Plano" obtained from https://www.bizjournals.com/dallas/news/2015/08/03/cawley-partners-starts-alcatel-lucents-

new.html?ana=e_du_pub&s=article_du&ed=2015-08-03&u=X8hy/+rm1sTVa21O1OswiA0f2321ad&t=1438635107 on August 11, 2020.

18. Attached hereto as Exhibit Q is true and correct copy of a document entitled "HP Austin" obtained from https://baxtel.com/data-center/hp-austin on August 11, 2020.

19. Attached hereto as Exhibit R is a true and correct copy of a printout from LinkedIn.com concerning HP employees obtained on August 11, 2020.

20. Attached hereto as Exhibit S is the profile of HP employee Chun Kuo that I obtained from LinkedIn.com on August 11, 2020.

21. Attached hereto as Exhibit T is the profile of HP employee Jacob Marek that I obtained from LinkedIn.com on August 11, 2020.

22. Attached hereto as Exhibit U is true and correct copy of a document entitled "Contact Us" obtained from https://www.arista.com/en/company/contact-us on August 11, 2020.

23. Attached hereto as Exhibit V is a true and correct copy of a printout from LinkedIn.com concerning NetApp employees obtained on August 11, 2020.

24. Attached hereto as Exhibit W is the profile of NetApp employee Chris Rodriguez that I obtained from LinkedIn.com on August 11, 2020.

25. Attached hereto as Exhibit X is the profile of Google employee Geoff Tudor that I obtained from LinkedIn.com on August 11, 2020.

26. Attached hereto as Exhibit Y is a true and correct copy of excerpts of Movant Cisco Systems, Inc.'s Motion to Transfer filed in Proven's action against Cisco filed in the Eastern District of Texas, Case No. 2:20-cv-0074.

Executed this 11th day of August, 2020, at Los Angeles, California.

                                                       /s/ Paul A. Kroeger

                                                       Paul A. Kroeger